# UNITED STATES DISTRICT COURT
## for the Northern District of Iowa

USCA8, No. _____

### NOTICE OF APPEAL

| United States of America | ) | 11-CR-0046-LRR |
| --- | --- | --- |
| Plaintiff | ) | District Court Docket Number |
| vs. | ) | Hon. Chief Judge Linda R. Reade |
| Samuel B. Ford | ) | District Court Judge |
| Defendant. | ) | |

Notice is hereby given that **Defendant, Samuel B. Ford,** appeals to the Eighth Circuit from the: ☑ Judgment & Commitment ☐ Order _____ entered in this action on December 5, 2011.
(Specify)

/s/ Leslie E. Stokke
Signature of Defendant's Counsel

Leslie E. Stokke
Typed Name of Defendant's Counsel

225 2nd St SE, Ste 310
Street Address    Room Number

(319) 364-8580
Telephone Number

Cedar Rapids    Iowa    52401
City    State    Zip

December 12, 2011
Date

---

### TRANSCRIPT ORDER FORM
TO BE COMPLETED BY ATTORNEY FOR APPELLANT

☑ Please prepare a transcript of:
  ☑ Pre-trial proceedings
  ☑ Testimony or
  ☐ Portions thereof
  ☑ Sentencing
  ☑ Post Trial Proceedings
  ☐ Other (Specify)

☐ I am not ordering a transcript because:
  ☐ Previously Filed
  ☐ Other (Specify) _____

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter (FRAP 10(b)).

Method of payment: ☐ Funds, ☑ CJA Form 24 completed and sent to court reporter.

/s/Leslie E. Stokke
Attorney's Signature

December 12, 2011
Date

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: Linn County Correctional Center, 3rd Avenue Bridge, Cedar Rapids, Iowa 52401

2. Date of Verdict: 8/11/11     ☑ Jury  ☐ Non-Jury

    Offenses: Distribution causing death (heroin): 21:841(a)(1), 841(b)(1)(C), 851 and 860(a)
    Distribution (heroin & crack cocaine): 21:841(a)(1), 841(b)(1)(C) and 851

    Trial Testimony - Number of Days: 4     Bail Status: Detained

3. Sentence and Date Imposed: Ct I: Life imprisonment; 10 years supervised release
   Ct II: 360 months; 10 years supervised release

4. Appealing:   Sentence ☐   Conviction ☐   Both ☑

    Challenging:
    ☐ Application of Sentencing Guidelines
    ☐ Constitutionality of Guidelines
    ☑ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: 12/12/2011

    Stenographer in Charge: Patrice Murray & Kay Karr

    (Name, Address, Phone) 4200 C Street SW, Cedar Rapids, Iowa 52404

6. Trial Counsel was:  ☑ Appointed  ☐ Retained

    Does Defendant's financial status warrant appointment of counsel on appeal?  ☑ Yes   ☐ No

    Affidavit of Financial Status filed: ____

    Is there any reason why trial counsel should not be appointed as counsel on appeal?  ☑ Yes  ☐ No

7. Assistant U.S. Attorney Name & Phone Number: Daniel Chtham & Daniel Tvedt
   319-363-6333

# COURT REPORTER ACKNOWLEDGMENT

_____   _____   _____
Date Order Received    Estimated Completion Date    Est Number of Pages

_____   _____
Court Reporter's Signature     Date