| | |
|---|---|
| **CAPTION:** | **CASE NUMBER:** |
| USA v. Samuel B Ford | 11-cr-0046-LRR |
| **APPELLANT:** | **APPELLANT OR ATTORNEY ADDRESS:** |
| Samuel B Ford | Leslie E Stokke<br>Leslie E. Stokke Law Office<br>225 Second Street SE<br>Suite 310<br>Cedar Rapids, IA 52401-1400<br>319 364 8580 |
| **APPELLEE:** | **APPELLEE ATTORNEY ADDRESS:** |
| United States of America | Daniel C Tvedt, Dan Chatham<br>US Attorney's Office, Northern District of Iowa<br>401 First Street SE<br>Hach Building, Suite 400<br>Cedar Rapids, IA 52401-1825<br>319-363-6333 |
| **COURT REPORTERS:** | **PROCEEDINGS:** |
| Patrice Murray 319-286-2324 | Motion Hearing 5/9/11<br>Motion Hearing 5/23/11<br>Final Pretrial Conference<br>Jury Trial Day |
| Kay Carr 319-362-1543 | Motion Hearing 8/5/11<br>Pretrial Conference |

**LENGTH OF TRIAL:** 3 days     **FEE PAID?** n     **IFP: FILED** ✓     **PENDING**

**CRIMINAL ATTORNEY:** Leslie Stokke                               **PENDING MOTIONS:** n

**LOCAL INTEREST?:** n     **SIMULTANEOUS RELEASE?:** n

**DEFENDANT'S LOCATION:**
in transit

**OTHER DEFENDANTS IN CASE, IF MULTIPLE DEFENDANTS:**

**Please return files and documents to:**     **Contact Person/Phone Number:**
Clerk, US District Court
Northern District of Iowa                              Karen S Yorgensen
4200 C St SW, Cedar Rapids, IA 52404                   319-286-2346