```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF IOWA
 2

 3   UNITED STATES OF AMERICA,    )
                                  )
 4              Plaintiff,        )
                                  )
 5      VS.                       )     CR 11-46
                                  )
 6   SAMUEL B. FORD,              )
                                  )
 7              Defendant.        )

 8

 9                     APPEARANCES:

10   ATTORNEYS DANIEL C. TVEDT and DANIEL AARON CHATHAM,
     Assistant US Attorneys, 111 Seventh Avenue S.E., Box 1,
11   Cedar Rapids, Iowa 52401, appeared on behalf of the
     United States.
12
     ATTORNEY JOHN J. RAUSCH, 3909 University Avenue, P.O.
13   Box 905, Waterloo, Iowa 50704-0905, appeared on behalf of
     the Defendant.
14

15                   RESENTENCING HEARING,

16        HELD BEFORE THE HON. LINDA R. READE,

17   on the 16th day of October, 2014, at 111 Seventh Avenue

18   S.E., Cedar Rapids, Iowa, commencing at 3:14 p.m., and

19   reported by Patrice A. Murray, Certified Shorthand

20   Reporter, using machine shorthand.

21   Transcript Ordered:  11/13/14
     Transcript Completed:  12/2/14
22

23            Patrice A. Murray, CSR, RPR, RMR, FCRR
                 United States District Court
24              111 Seventh Avenue S.E., Box 4
                 Cedar Rapids, Iowa 52401-2101
25                      (319) 286-2338
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 1:11-cr-00046-LRR-MAR Document 221 Filed 12/02/14 Page 1 of 21

1      (The following was held in open court.)

2          THE CLERK:  In Criminal Matter 11-46, United

3  States of America versus Samuel B. Ford, on for

4  sentencing.  The United States Probation Office is

5  represented by Daren Schumaker.

6      Counsel, please state your appearances.

7          MR. TVEDT:  Daniel Tvedt appears for the United

8  States.  Also at counsel table is Dan Chatham, also for

9  the United States.

10          THE COURT:  Thank you.

11          MR. RAUSCH:  John Rausch for the defendant,

12  Your Honor.

13          THE COURT:  And Mr. Ford, of course, is

14  personally present.  This case is back for resentencing

15  only as a result of kind of a change in the law in the

16  Eighth Circuit.  In trying the case, this Court applied

17  the Eighth Circuit standard as to whether or not Mr. Ford

18  could be legally responsible for the death of Joseph

19  Scolaro.  The case went up on appeal.  The conviction was

20  affirmed.  The sentence was affirmed.  And then, a case

21  known as *Burrage* came down:  *Burrage versus the United*

22  *States*, 134 Supreme Court 881 (2014).  And in *Burrage* a

23  different standard was adopted for juries and judges to

24  determine whether or not drug distributed by a particular

25  defendant is a sufficient cause of the victim's death or

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 1:11-cr-00046-LRR-MAR Document 221 Filed 12/02/14 Page 2 of 21

1  serious bodily injury to be held responsible in terms of

2  a penalty enhancement under the statute.  So the Supreme

3  Court remanded *Burrage,* and also, at the same time, the

4  Ford case had been appealed or there was cert pending.

5  The Ford case was sent back to the Eighth Circuit Court

6  of Appeals, who in turn vacated their judgment and sent

7  it back to me.  They filed their opinion May 2, 2014, and

8  the instructions to the Court, and the Court statements

9  are as follows:  "We reverse Ford's conviction with

10 respect to Count 1, but affirm in all other respects.

11 The district court shall enter judgment on the lesser

12 included offense of distribution of a controlled

13 substance within a thousand feet of a protected location.

14 See 21 United States Code Section 841(a)(1) and 860(a).

15 We remand for sentencing consistent with this opinion."

16      So accordingly, today we are here for a resentencing

17 on Count 1 of the second superseding indictment,

18 distribution of heroin within a thousand feet of the real

19 property comprising a school after two or more prior

20 felony drug convictions.  The penalty for this offense is

21 a life sentence in prison, followed by a supervised

22 release term of at least 10 years and up to the

23 defendant -- the rest of defendant's life.  Probation is

24 not available on Count 1.  The fine, up to $20 million.

25 $100 special assessment.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 1:11-cr-00046-LRR-MAR Document 221 Filed 12/02/14 Page 3 of 21

1    Count 2 of the second superseding indictment is
2   distribution of cocaine base and heroin after two or more
3   prior felony drug convictions.  Count 2 carries a penalty
4   of 0 to 30 years in federal prison, followed by a
5   supervised release term of at least 6 years and up to the
6   rest of Mr. Ford's life.  Probation is not available
7   because of the mandatory life sentence on Count 1.  Fine,
8   up to $2 million.  $100 special assessment.

9    The Presentence Unit, Officer Schumaker, has
10  authored a new presentence investigation report in view
11  of the remand from the Eighth Circuit.  It's the second
12  revision, August 22, 2014.  It's filed as Document 203 in
13  the records of the court.

14   Mr. Tvedt, Mr. Chatham, have you had the opportunity
15  to review the computation of the advisory guideline
16  sentence?

17       MR. TVEDT:  Yes, Your Honor.  I just want to
18  make a quick point.  I believe under the remand the Court
19  is limited only to resentencing on Count 1 and not on
20  Count 2.

21       THE COURT:  Correct.

22       MR. TVEDT:  That none of the Court's guideline
23  adjustments that were decided at the last hearing were
24  contested on appeal.  I think all we're really looking at
25  here -- I don't even think we get to the guideline issues

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 1:11-cr-00046-LRR-MAR Document 221 Filed 12/02/14 Page 4 of 21

1  because I think that's all behind us.  I think all we're

2  looking at today is whether or not the Court should

3  impose the mandatory life sentence that would be required

4  under 21 USC 841 with the protected location by a

5  multiple drug felon.

6       But, yes, we have looked at the guideline

7  adjustments.  And, again, I would point out that those

8  were all found by the Court at the last hearing and were

9  not raised or contested on appeal.

10            THE COURT:  All right.  Mr. Rausch, have you

11  been through the new presentence investigation report

12  with your client?

13            MR. RAUSCH:  Yes, Your Honor.

14            THE COURT:  And Mr. Tvedt and I -- I've read

15  from the Eighth Circuit opinion.  It tells me to vacate

16  or reverse Count 1 and to sentence on the lesser included

17  of Count 1.  Do you have any other -- any different

18  reading of the Eighth Circuit's opinion than Mr. Tvedt

19  and I?

20            MR. RAUSCH:  No, Your Honor.

21            THE COURT:  All right.  Have you gone through

22  this presentence investigation report with your client?

23            MR. RAUSCH:  Your Honor, I gave my client a

24  copy.  As you know, it was kind of final to begin with,

25  so, you know, it's not like the typical process.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 1:11-cr-00046-LRR-MAR Document 221 Filed 12/02/14 Page 5 of 21

```
 1              THE COURT:  Right.

 2              MR. RAUSCH:  I really didn't feel like it

 3   was -- it was one with the typical process, where we get

 4   it and we start all over.  But I did give him a copy of

 5   it.  I've kind of explained to him where we're at today.

 6   You know, it's kind of interesting why the -- why it was

 7   remanded for sentencing if it's just going to be life, is

 8   a question I have, but --

 9              THE COURT:  And sometimes the Eighth Circuit

10   will do that, and sometimes they do it.  I mean, it just

11   varies.

12         Isn't that your experience, Mr. Tvedt?

13              MR. TVEDT:  Yes, Your Honor.  In fact, on the

14   most recent briefing before the Eighth Circuit, we

15   requested, because it was really an administrative task

16   of just reimposing the life sentence, because, as we

17   pointed out at the original sentencing, you're subject to

18   life under the resulting in death, if it applies, and

19   you're facing life under the school zone with the

20   multiple prior felony drug conviction, so it was the same

21   sentence either way.  We even debated whether or not to

22   use the word "lesser included" because it's an other

23   included offense, because they both had the same

24   penalties as the *Burrage* stricken portion of the

25   conviction.
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 1:11-cr-00046-LRR-MAR Document 221 Filed 12/02/14 Page 6 of 21

```
1              THE COURT:  All right.
2         (Whereupon, counsel conferred with the defendant.)
3              THE COURT:  So, Mr. Rausch, getting back to the
4    presentence investigation report -- and I don't even know
5    that it is relevant in any way because of the posture in
6    which this case returns to the Court, but any record on
7    guideline computations?
8              MR. RAUSCH:  No, nothing -- nothing that we
9    contest.  You know, Your Honor, my client does have -- he
10   does have some things that he wants to raise today
11   that -- and I don't know how else to do it but to let him
12   talk to you at some time in this proceeding.  But for my
13   purposes, that's accurate.
14             THE COURT:  Okay.  I will let him speak at his
15   allocution time.  But, really, the fact of conviction,
16   the other issues in the case, have been litigated.  First
17   found by a jury, then found by me, then affirmed by the
18   Eighth Circuit.  And the only issue here is resentencing
19   on Count 1 in view of the Supreme Court decision and the
20   Eighth Circuit -- and remand to the Eighth Circuit that,
21   in turn, remanded to me.  So if there are other issues
22   that are related to his conviction and sentencing, other
23   than those before the Court today, the Court won't be
24   considering them because there isn't jurisdiction.  This
25   is a very limited remand.
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 1:11-cr-00046-LRR-MAR Document 221 Filed 12/02/14 Page 7 of 21

```
1          MR. TVEDT:  Your Honor, just for purposes of
2    the record, to the extent that it would be allowed, and
3    I'm not sure it is, the United States would resist any --
4    the defendant's motions on variance and the Eighth
5    Amendment argument that he raised in Documents, I think,
6    209 and 208 and 207 filed with the Court.  And our
7    resistance to that was Document Number 210.
8          THE COURT:  Yes, and the Court would deny those
9    for the obvious reason that on Count 1, under the
10   statute, the sentence is a mandatory life sentence.  This
11   Court does not have the authority to vary from that or
12   depart from that.  It's a statutory mandatory life.
13       All right.  Mr. Tvedt, anything else you want to say
14   on disposition?
15         MR. TVEDT:  No, Your Honor.
16         THE COURT:  All right.  And anything else you
17   want to say on disposition, Mr. Rausch?
18         MR. RAUSCH:  No, Your Honor.  I take it -- I
19   just want to make sure.  Is it -- did you basically deny
20   the motions because I didn't have -- they weren't raised
21   in the previous?  Is that my understanding or --
22         THE COURT:  Yes.  And also, this is a mandatory
23   life.  I wouldn't have the ability to vary downward
24   anyway as a matter of law.
25         MR. RAUSCH:  And I understand that, and I think
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 1:11-cr-00046-LRR-MAR   Document 221   Filed 12/02/14   Page 8 of 21

1  you, Your Honor, realize I did put those in my motions.

2           THE COURT:  Sure.

3           MR. RAUSCH:  I just preserved it, basically,

4  because in case one day, you know, things change and the

5  courts look at these things differently.  Obviously,

6  that's not what the law is now.  But again, we would

7  stand on the motions in my brief regarding the Eighth

8  Amendment on both Issue 1 and Issue 2, just for the

9  record, and for his variance.  We understand the Court's

10  position, but we just want to preserve that based upon my

11  motions.

12           THE COURT:  All right.  Very fine.

13      Mr. Ford, this is the time in the proceeding when

14  you have a chance to speak, if you'd like to.  You don't

15  have to say anything unless you want to.

16      (Whereupon, counsel conferred with the defendant.)

17           MR. RAUSCH:  Your Honor, I'm trying to save

18  some time for the Court, but can I ask you a couple

19  things?

20           THE COURT:  Sure.

21           MR. RAUSCH:  He's been asking me to -- he wants

22  his closing arguments and his opening statements, and

23  they didn't get transcribed last time.  And I'm

24  understanding that the Court usually doesn't do those,

25  doesn't order that those to be transcribed unless there's

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 1:11-cr-00046-LRR-MAR Document 221 Filed 12/02/14 Page 9 of 21

1    a specific need.  I think he wants them done for purposes

2    of appeal, for attacking his lawyer or something of that

3    nature.  And I didn't know -- he just wanted me to bring

4    that up.

5         THE COURT:  Okay.  I won't be authorizing that.

6    There is nothing currently pending that would call for

7    those to be transcribed at government expense.  If

8    Mr. Ford would like to pay for that, however, he can

9    contract with the court reporter.  All right.

10        (Whereupon, counsel conferred with the defendant.)

11        THE DEFENDANT:  I'd like to say something to

12   the Court.  Your Honor, I still believe -- or I feel that

13   my trial was -- was unfair.  It was fundamentally unfair,

14   and I am innocent.  And I just want to point out the

15   facts, but I see that this is not the issue, since you

16   don't have jurisdiction to do that.  But my thing is,

17   Your Honor, I'm -- I'm -- I'm litigating, and I need all

18   the materials that, you know, is entitled to me because I

19   cannot afford to get the paperwork because I don't have

20   the money to get it.  But due to the -- my fight for

21   freedom, I think it's important to me because there's

22   things that I need to bring out to show in the record

23   that it was important to my conviction.  And I'm trying

24   to, you know, prove this and to -- to -- that I'm

25   innocent, and I need to get these things in those regards

Case 1:11-cr-00046-LRR   Document 221   Filed 12/02/14   Page 10 of 21
to purchase complete copy of the transcript

1  so I can show what -- what I am trying to say to the

2  Court.

3          THE COURT:  All right.  If you want to apply

4  for those, you can file a separate application, but it is

5  highly unlikely that the Court will grant your request at

6  taxpayer expense, although you can always get them by

7  earning money and paying for them.

8      So anything else?  I understand you still assert

9  that you are innocent.  Anything else that you want the

10  Court to know?

11          THE DEFENDANT:  Yes.  That agreement that I

12  had, that my attorney had brought to me -- my last

13  attorney was Les Stokke.  He had -- he wasn't clear, Your

14  Honor.  When I mean [sic] unclear, he brought me

15  something to sign that was -- and it wasn't clear, and

16  I -- and that's why I think that, you know, the jury is

17  supposed to have found that element, but the jury never

18  found it, and the fact is, is that -- that's why I'm here

19  with another attorney.  And the thing is, is that I'm

20  still stressing the fact that I am innocent, and I just

21  need -- need the requirements of the material, the

22  equipment, so I can go and show to them that I am

23  innocent.  That's it.

24          THE COURT:  All right.  Thank you.  Anything

25  else, then, from the attorneys before I pronounce the

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 1:11-cr-00046-LRR-MAR   Document 221   Filed 12/02/14   Page 11 of 21

```
 1    sentence?

 2              MR. TVEDT:  No, Your Honor.

 3              MR. RAUSCH:  No, Your Honor.

 4              THE COURT:  Then it is the judgment of the

 5    Court that Samuel B. Ford is hereby committed to the

 6    custody of the Bureau of Prisons to be imprisoned for a

 7    total term of life.  This term consists of life on Count

 8    1 and 360 months on Count 2, with those terms to be

 9    served concurrently.

10        I make three recommendations to the Bureau of

11    Prisons:

12        First, that he be designated to a Bureau of

13    Prisons's facility in close proximity to his family,

14    commensurate with his security and custody classification

15    needs.

16        I recommend that he participate in the Bureau of

17    Prisons' 500-hour Comprehensive Residential Drug Abuse

18    Treatment Program or an alternate substance abuse

19    treatment program.

20        I recommend that he participate in the Bureau of

21    Prisons's Vocational Training Program specializing in

22    carpentry, drafting, and/or the development of skills as

23    an electrician.

24        Mr. Ford, upon your release from imprisonment, you

25    will be on supervised release for a term of 10 years.
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 1:11-cr-00046-LRR   Document 221   Filed 12/02/14   Page 12 of 21

```
1    This term consists of 10 years on Count 1 and 6 years on
2    Count 2, with those terms to be served concurrently.
3    Obviously, if you serve a life term, you would never come
4    out on supervised release, but in the event that that
5    should happen, I have imposed a term of supervised
6    release.
7        Within 72 hours of release from custody of the
8    Bureau of Prisons, you must report in person to the
9    probation office in the district to which you are
10   released.  If you come out on supervised release, then
11   while you are on supervised release, you must comply with
12   the standard conditions of supervision.  Those will be
13   set out in the judgment order.
14       In addition, you must not commit any federal, state,
15   or local crimes.  You must not illegally possess a
16   controlled substance.  You must not possess a firearm,
17   ammunition, a destructive device, or any dangerous
18   weapon.  You must cooperate in the collection of a DNA
19   sample.
20       Please note, you are a convicted felon.  One of the
21   things that means is that you cannot lawfully possess for
22   any reason a firearm or ammunition.  That prohibition
23   continues for the rest of your life.
24       If you come out on supervised release, then while
25   you are on supervised release, you must comply with the
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*Unpurchased incomplete copy of the transcript*
Case 1:11-cr-00046-LRR-MAR   Document 221   Filed 12/02/14   Page 13 of 21

1    following special conditions:

2        First, you must participate in and successfully

3    complete a program of testing and treatment for substance

4    abuse.

5        Second, you must not use alcohol, nor enter bars,

6    taverns, or other establishments whose primary source of

7    income is derived from the sale of alcohol.

8        Third, you must participate in a mental health

9    evaluation and/or treatment program, take all medication

10   prescribed to you by a licensed psychiatrist or a

11   physician.

12       Fourth, you'll be subject to the standard search

13   conditions of this court.  Any search will be based on

14   reasonable suspicion and conducted in a reasonable

15   manner.  The specifics of the condition will be set out

16   in the judgment order.

17       Last, you are to have no contact during your term of

18   supervision with the victims whose names are set forth at

19   Paragraph 138A of the presentence investigation report in

20   person or by a third-party.  This includes no direct or

21   indirect contact by telephone, mail, e-mail, or any other

22   means.

23       I find you do not have the ability to pay a fine or

24   make community restitution.  I order that you pay to the

25   United States a special assessment of $100 per count of

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 1:11-cr-00046-LRR-MAR   Document 224   Filed 12/02/14   Page 14 of 21

1   conviction.  That total would be $200.  That's due and

2   payable immediately.

3       Pursuant to 18 United States Code Section

4   3143(a)(2), you are hereby remanded to the custody of the

5   United States Marshal.

6       Mr. Ford, if you do not agree with the decisions

7   that I've made in your case, you can appeal.  Your appeal

8   would go to the Eighth Circuit Court of Appeals.  Here's

9   how you appeal.  You would file a written notice of

10  appeal with the Clerk of Court here in the United States

11  District Court for the Northern District of Iowa at

12  Cedar Rapids, Iowa.  If you do not file a written notice

13  of appeal within the next fourteen days, you forever give

14  up your right to challenge this judgment and sentence.

15  If you would like to appeal and you cannot afford the

16  services of an attorney, the Court will appoint an

17  attorney to represent you on appeal.

18      Mr. Tvedt, anything else on this case?

19          MR. TVEDT:  Your Honor, I just want to make it

20  clear for any purposes of appeal that you've said you

21  didn't have the power to vary, but I also -- I just want

22  to make it clear that you also found that there was no

23  Eighth Amendment violation in this case as well.

24          THE COURT:  Absolutely.

25      Mr. Rausch?

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
Case 1:11-cr-00046-LRR   Document 221   Filed 12/02/14   Page 15 of 21
*to purchase a complete copy of the transcript*

1          MR. RAUSCH:  Nothing, Your Honor.

2          THE COURT:  All right.  And on the Eighth

3    Circuit, I should have made a better record on that;

4    there are multiple cases directly on point that find no

5    Eighth Amendment violation when a life sentence is

6    imposed under these circumstances.

7        All right.  This concludes the hearing.  Thank you.

8          (Proceedings concluded at 3:37 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                      C E R T I F I C A T E

2            I, Patrice A. Murray, a Certified Shorthand
    Reporter of the State of Iowa, do hereby certify that at
3   the time and place heretofore indicated, a hearing was
    held before the Honorable Linda R. Reade; that I reported
4   in shorthand the proceedings of said hearing, reduced the
    same to print to the best of my ability by means of
5   computer-assisted transcription under my direction and
    supervision, and that the foregoing transcript is a true
6   record of all proceedings had on the taking of said
    hearing at the above time and place.
7
             I further certify that I am not related to or
8   employed by any of the parties to this action, and
    further, that I am not a relative or employee of any
9   attorney or counsel employed by the parties hereto or
    financially interested in the action.
10
         IN WITNESS WHEREOF, I have set my hand this 2nd day
11  of December, 2014.

12
                     /s/ Patrice A. Murray
13                   Patrice A. Murray, CSR, RPR, RMR, FCRR
                     United States District Court, NDIA
14                   111 Seventh Avenue S.E., Box 4
                     Cedar Rapids, Iowa 52401-2101
15

16

17

18

19

20

21

22

23

24

25
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
Case 1:11-cr-00046-LRR Document 221 Filed 12/02/14 Page 17 of 21
*to purchase a complete copy of the transcript*

## $

**$100** [3] - 3:25, 4:8, 14:25
**$20** [1] - 3:24
**$200** [1] - 15:1

## /

**/s** [1] - 17:12

## 0

**0** [1] - 4:4

## 1

**1** [13] - 1:10, 3:10, 3:17, 3:24, 4:7, 4:19, 5:16, 5:17, 7:19, 8:9, 9:8, 12:8, 13:1
**10** [3] - 3:22, 12:25, 13:1
**11-46** [2] - 1:5, 2:2
**11/13/14** [1] - 1:21
**111** [4] - 1:10, 1:17, 1:24, 17:14
**12/2/14** [1] - 1:21
**134** [1] - 2:22
**138A** [1] - 14:19
**16th** [1] - 1:17
**18** [1] - 15:3

## 2

**2** [8] - 3:7, 4:1, 4:3, 4:8, 4:20, 9:8, 12:8, 13:2
**2014** [4] - 1:17, 3:7, 4:12, 17:11
**2014)** [1] - 2:22
**203** [1] - 4:12
**207** [1] - 8:6
**208** [1] - 8:6
**209** [1] - 8:6
**21** [2] - 3:14, 5:4
**210** [1] - 8:7
**22** [1] - 4:12
**286-2338** [1] - 1:25
**2nd** [1] - 17:10

## 3

**30** [1] - 4:4
**3143(a)(2** [1] - 15:4
**319** [1] - 1:25
**360** [1] - 12:8
**3909** [1] - 1:12
**3:14** [1] - 1:18
**3:37** [1] - 16:8

## 4

**4** [2] - 1:24, 17:14

## 5

**500-hour** [1] - 12:17
**50704-0905** [1] - 1:12
**52401** [1] - 1:10
**52401-2101** [2] - 1:24, 17:14

## 6

**6** [2] - 4:5, 13:1

## 7

**72** [1] - 13:7

## 8

**841** [1] - 5:4
**841(a)(1** [1] - 3:14
**860(a)** [1] - 3:14
**881** [1] - 2:22

## 9

**905** [1] - 1:12

## A

**ability** [3] - 8:23, 14:23, 17:4
**absolutely** [1] - 15:24
**Abuse** [1] - 12:17
**abuse** [2] - 12:18, 14:4
**accordingly** [1] - 3:16
**accurate** [1] - 7:13
**action** [2] - 17:8, 17:9
**addition** [1] - 13:14
**adjustments** [2] - 4:23, 5:7
**administrative** [1] - 6:15
**adopted** [1] - 2:23
**advisory** [1] - 4:15
**affirm** [1] - 3:10
**affirmed** [2] - 2:20, 7:17
**afford** [2] - 10:19, 15:15
**agree** [1] - 15:6
**agreement** [1] - 11:11
**alcohol** [2] - 14:5, 14:7
**allocution** [1] - 7:15
**allowed** [1] - 8:2
**alternate** [1] - 12:18
**Amendment** [4] - 8:5, 9:8, 15:23, 16:5
**America** [1] - 2:3
**AMERICA** [1] - 1:3

## ammunition [2] - 13:17, 13:22

**anyway** [1] - 8:24
**appeal** [12] - 2:19, 4:24, 5:9, 10:2, 15:7, 15:9, 15:10, 15:13, 15:15, 15:17, 15:20
**appealed** [1] - 3:4
**Appeals** [2] - 3:6, 15:8
**APPEARANCES** [1] - 1:9
**appearances** [1] - 2:6
**appeared** [2] - 1:11, 1:12
**application** [1] - 11:4
**applied** [1] - 2:16
**applies** [1] - 6:18
**apply** [1] - 11:3
**appoint** [1] - 15:16
**argument** [1] - 8:5
**arguments** [1] - 9:22
**assert** [1] - 11:8
**assessment** [3] - 3:25, 4:8, 14:25
**Assistant** [1] - 1:10
**assisted** [1] - 17:5
**attacking** [1] - 10:2
**ATTORNEY** [2] - 1:10, 1:12
**attorney** [6] - 11:12, 11:13, 11:19, 15:16, 15:17, 17:9
**Attorney** [1] - 1:10
**attorneys** [1] - 11:25
**August** [1] - 4:12
**authored** [1] - 4:10
**authority** [1] - 8:11
**authorizing** [1] - 10:5
**available** [2] - 3:24, 4:6
**Avenue** [5] - 1:10, 1:12, 1:17, 1:24, 17:14

## B

**bars** [1] - 14:5
**base** [1] - 4:2
**based** [2] - 9:10, 14:13
**BEFORE** [1] - 1:16
**begin** [1] - 5:24
**behalf** [2] - 1:11, 1:12
**behind** [1] - 5:1
**best** [1] - 17:4
**better** [1] - 16:3
**bodily** [1] - 3:1
**Box** [4] - 1:10, 1:12, 1:24, 17:14
**brief** [1] - 9:7
**briefing** [1] - 6:14
**bring** [2] - 10:3, 10:22
**brought** [2] - 11:12, 11:14
**Bureau** [1] - 12:6, 12:10, 12:12, 12:16, 12:20, 13:8
**Burrage** [5] - 2:21, 2:22, 3:3, 6:24

## C

**cannot** [3] - 10:19, 13:21, 15:15
**carpentry** [1] - 12:22
**carries** [1] - 4:3
**case** [12] - 2:14, 2:16, 2:19, 2:20, 3:4, 3:5, 7:6, 7:16, 9:4, 15:7, 15:18, 15:23
**cases** [1] - 16:4
**Cedar** [5] - 1:10, 1:18, 1:24, 15:12, 17:14
**cert** [1] - 3:4
**Certified** [2] - 1:19, 17:2
**certify** [2] - 17:2, 17:7
**challenge** [1] - 15:14
**chance** [1] - 9:14
**change** [2] - 2:15, 9:4
**Chatham** [2] - 2:8, 4:14
**Circuit** [12] - 2:16, 2:17, 3:5, 4:11, 5:15, 6:9, 6:14, 7:18, 7:20, 15:8, 16:3
**Circuit's** [1] - 5:18
**circumstances** [1] - 16:6
**classification** [1] - 12:14
**clear** [4] - 11:13, 11:15, 15:20, 15:22
**CLERK** [1] - 2:2
**Clerk** [1] - 15:10
**client** [4] - 5:12, 5:22, 5:23, 7:9
**close** [1] - 12:13
**closing** [1] - 9:22
**cocaine** [1] - 4:2
**Code** [2] - 3:14, 15:3
**collection** [1] - 13:18
**commencing** [1] - 1:18
**commensurate** [1] - 12:14
**commit** [1] - 13:14
**committed** [1] - 12:5
**community** [1] - 14:24
**complete** [1] - 14:3
**Completed** [1] - 1:21
**comply** [2] - 13:11, 13:25
**Comprehensive** [1] - 12:17
**comprising** [1] - 3:19
**computation** [1] - 4:15
**computations** [1] - 7:7
**computer** [1] - 17:5
**computer-assisted** [1] - 17:5
**concluded** [1] - 16:8
**concludes** [1] - 16:7
**concurrently** [2] - 12:9, 13:2
**condition** [1] - 14:15
**conditions** [3] - 13:12, 14:1, 14:13
**conducted** [1] - 14:14
**conferred** [3] - 7:2, 9:16, 10:10

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*Purchase complete copy of the transcript*
Case 1:11-cr-00046-LRR-MAR   Document 221   Filed 12/01/14   Page 18 of 21

**considering** [1] - 7:24
**consistent** [1] - 3:15
**consists** [2] - 12:7, 13:1
**contact** [2] - 14:17, 14:21
**contest** [1] - 7:9
**contested** [2] - 4:24, 5:9
**continues** [1] - 13:23
**contract** [1] - 10:9
**controlled** [2] - 3:12, 13:16
**convicted** [1] - 13:20
**conviction** [8] - 2:19, 3:9, 6:20, 6:25, 7:15, 7:22, 10:23, 15:1
**convictions** [2] - 3:20, 4:3
**cooperate** [1] - 13:18
**copy** [2] - 5:24, 6:4
**correct** [1] - 4:21
**Counsel** [1] - 2:6
**counsel** [5] - 2:8, 7:2, 9:16, 10:10, 17:9
**count** [1] - 14:25
**Count** [16] - 3:10, 3:17, 3:24, 4:1, 4:3, 4:7, 4:19, 4:20, 5:16, 5:17, 7:19, 8:9, 12:7, 12:8, 13:1, 13:2
**couple** [1] - 9:18
**course** [1] - 2:13
**COURT** [24] - 1:1, 2:10, 2:13, 4:21, 5:10, 5:14, 5:21, 6:1, 6:9, 7:1, 7:3, 7:14, 8:8, 8:16, 8:22, 9:2, 9:12, 9:20, 10:5, 11:3, 11:24, 12:4, 15:24, 16:2
**Court** [29] - 1:23, 2:16, 2:22, 3:3, 3:5, 3:8, 4:18, 5:2, 5:8, 7:6, 7:19, 7:23, 8:6, 8:8, 8:11, 9:18, 9:24, 10:12, 11:2, 11:5, 11:10, 12:5, 15:8, 15:10, 15:11, 15:16, 17:13
**court** [5] - 2:1, 3:11, 4:13, 10:9, 14:13
**Court's** [2] - 4:22, 9:9
**courts** [1] - 9:5
**CR** [1] - 1:5
**crimes** [1] - 13:15
**Criminal** [1] - 2:2
**CSR** [2] - 1:23, 17:13
**custody** [4] - 12:6, 12:14, 13:7, 15:4

**D**

**Dan** [1] - 2:8
**dangerous** [1] - 13:17
**DANIEL** [1] - 1:10
**Daniel** [1] - 2:7
**Daren** [1] - 2:5
**days** [1] - 15:13
**death** [3] - 2:18, 2:25, 6:18
**debated** [1] - 6:21
**December** [1] - 17:11
**decided** [1] - 4:23

**decision** [1] - 7:19
**decisions** [1] - 15:6
**DEFENDANT** [2] - 10:11, 11:11
**Defendant** [2] - 1:7, 1:13
**defendant** [6] - 2:11, 2:25, 3:23, 7:2, 9:16, 10:10
**defendant's** [2] - 3:23, 8:4
**deny** [2] - 8:8, 8:19
**depart** [1] - 8:12
**derived** [1] - 14:7
**designated** [1] - 12:12
**destructive** [1] - 13:17
**determine** [1] - 2:24
**development** [1] - 12:22
**device** [1] - 13:17
**different** [2] - 2:23, 5:17
**differently** [1] - 9:5
**direct** [1] - 14:20
**direction** [1] - 17:5
**directly** [1] - 16:4
**disposition** [2] - 8:14, 8:17
**distributed** [1] - 2:24
**distribution** [3] - 3:12, 3:18, 4:2
**District** [4] - 1:23, 15:11, 17:13
**district** [2] - 3:11, 13:9
**DISTRICT** [2] - 1:1, 1:1
**DNA** [1] - 13:18
**Document** [2] - 4:12, 8:7
**Documents** [1] - 8:5
**done** [1] - 10:1
**down** [1] - 2:21
**downward** [1] - 8:23
**drafting** [1] - 12:22
**drug** [5] - 2:24, 3:20, 4:3, 5:5, 6:20
**Drug** [1] - 12:17
**due** [2] - 10:20, 15:1
**during** [1] - 14:17

**E**

**e-mail** [1] - 14:21
**earning** [1] - 11:7
**Eighth** [17] - 2:16, 2:17, 3:5, 4:11, 5:15, 5:18, 6:9, 6:14, 7:18, 7:20, 8:4, 9:7, 15:8, 15:23, 16:2, 16:5
**either** [1] - 6:21
**electrician** [1] - 12:23
**element** [1] - 11:17
**employed** [2] - 17:8, 17:9
**employee** [1] - 17:8
**enhancement** [1] - 3:2
**enter** [2] - 3:11, 14:5
**entitled** [1] - 10:18
**equipment** [1] - 11:22
**establishments** [1] - 14:6
**evaluation** [1] - 14:9

**event** [1] - 13:4
**expense** [2] - 10:7, 11:6
**experience** [1] - 6:12
**explained** [1] - 6:5
**extent** [1] - 8:2

**F**

**facility** [1] - 12:13
**facing** [1] - 6:19
**fact** [4] - 6:13, 7:15, 11:18, 11:20
**facts** [1] - 10:15
**family** [1] - 12:13
**FCRR** [2] - 1:23, 17:13
**federal** [2] - 4:4, 13:14
**feet** [2] - 3:13, 3:18
**felon** [2] - 5:5, 13:20
**felony** [3] - 3:20, 4:3, 6:20
**fight** [1] - 10:20
**file** [3] - 11:4, 15:9, 15:12
**filed** [3] - 3:7, 4:12, 8:6
**final** [1] - 5:24
**financially** [1] - 17:9
**fine** [4] - 3:24, 4:7, 9:12, 14:23
**firearm** [2] - 13:16, 13:22
**first** [3] - 7:16, 12:12, 14:2
**followed** [2] - 3:21, 4:4
**following** [2] - 2:1, 14:1
**follows** [1] - 3:9
**FOR** [1] - 1:1
**Ford** [10] - 2:3, 2:13, 2:17, 3:4, 3:5, 9:13, 10:8, 12:5, 12:24, 15:6
**FORD** [1] - 1:6
**Ford's** [2] - 3:9, 4:6
**foregoing** [1] - 17:5
**forever** [1] - 15:13
**forth** [1] - 14:18
**fourteen** [1] - 15:13
**fourth** [1] - 14:12
**freedom** [1] - 10:21
**fundamentally** [1] - 10:13

**G**

**government** [1] - 10:7
**grant** [1] - 11:5
**guideline** [5] - 4:15, 4:22, 4:25, 5:6, 7:7

**H**

**hand** [1] - 17:10
**health** [1] - 14:8
**HEARING** [1] - 1:15
**hearing** [6] - 4:23, 5:8, 16:7, 17:3, 17:4, 17:6

**held** [3] - 2:1, 3:1, 17:3
**HELD** [1] - 1:16
**hereby** [3] - 12:5, 15:4, 17:2
**hereto** [1] - 17:9
**heretofore** [1] - 17:3
**heroin** [2] - 3:18, 4:2
**highly** [1] - 11:5
**HON** [1] - 1:16
**Honor** [19] - 2:12, 4:17, 5:13, 5:20, 5:23, 6:13, 7:9, 8:1, 8:15, 8:18, 9:1, 9:17, 10:12, 10:17, 11:14, 12:2, 12:3, 15:19, 16:1
**Honorable** [1] - 17:3
**hours** [1] - 13:7

**I**

**illegally** [1] - 13:15
**immediately** [1] - 15:2
**important** [2] - 10:21, 10:23
**impose** [1] - 5:3
**imposed** [2] - 13:5, 16:6
**imprisoned** [1] - 12:6
**imprisonment** [1] - 12:24
**IN** [2] - 1:1, 17:10
**included** [4] - 3:12, 5:16, 6:22, 6:23
**includes** [1] - 14:20
**income** [1] - 14:7
**indicated** [1] - 17:3
**indictment** [2] - 3:17, 4:1
**indirect** [1] - 14:21
**injury** [1] - 3:1
**innocent** [5] - 10:14, 10:25, 11:9, 11:20, 11:23
**instructions** [1] - 3:8
**interested** [1] - 17:9
**interesting** [1] - 6:6
**investigation** [5] - 4:10, 5:11, 5:22, 7:4, 14:19
**IOWA** [1] - 1:1
**Iowa** [8] - 1:10, 1:12, 1:18, 1:24, 15:11, 15:12, 17:2, 17:14
**Issue** [2] - 9:8
**issue** [2] - 7:18, 10:15
**issues** [3] - 4:25, 7:16, 7:21

**J**

**John** [1] - 2:11
**JOHN** [1] - 1:12
**Joseph** [1] - 2:18
**judges** [1] - 2:23
**judgment** [6] - 3:6, 3:11, 12:4, 13:13, 14:16, 15:14
**juries** [1] - 2:23
**jurisdiction** [1] - 7:24, 10:16
**jury** [3] - 7:17, 11:16, 11:17

## K

**kind** [4] - 2:15, 5:24, 6:5, 6:6
**known** [1] - 2:21

## L

**last** [5] - 4:23, 5:8, 9:23, 11:12, 14:17
**law** [3] - 2:15, 8:24, 9:6
**lawfully** [1] - 13:21
**lawyer** [1] - 10:2
**least** [2] - 3:22, 4:5
**legally** [1] - 2:18
**Les** [1] - 11:13
**lesser** [3] - 3:11, 5:16, 6:22
**licensed** [1] - 14:10
**life** [17] - 3:21, 3:23, 4:6, 4:7, 5:3, 6:7, 6:16, 6:18, 6:19, 8:10, 8:12, 8:23, 12:7, 13:3, 13:23, 16:5
**limited** [2] - 4:19, 7:25
**Linda** [1] - 17:3
**LINDA** [1] - 1:16
**litigated** [1] - 7:16
**litigating** [1] - 10:17
**local** [1] - 13:15
**location** [2] - 3:13, 5:4
**look** [1] - 9:5
**looked** [1] - 5:6
**looking** [2] - 4:24, 5:2

## M

**machine** [1] - 1:20
**mail** [2] - 14:21
**mandatory** [4] - 4:7, 5:3, 8:10, 8:12, 8:22
**manner** [1] - 14:15
**Marshal** [1] - 15:5
**material** [1] - 11:21
**materials** [1] - 10:18
**matter** [1] - 8:24
**Matter** [1] - 2:2
**mean** [2] - 6:10, 11:14
**means** [3] - 13:21, 14:22, 17:4
**medication** [1] - 14:9
**mental** [1] - 14:8
**million** [2] - 3:24, 4:8
**money** [2] - 10:20, 11:7
**months** [1] - 12:8
**most** [1] - 6:14
**motions** [5] - 8:4, 8:20, 9:1, 9:7, 9:11
**MR** [21] - 2:7, 2:11, 4:17, 4:22, 5:13, 5:20, 5:23, 6:2, 6:13, 7:8, 8:1, 8:15, 8:18, 8:25, 9:3, 9:17, 9:21, 12:2,

12:3, 15:19, 16:1
**multiple** [3] - 5:5, 6:20, 16:4
**Murray** [5] - 1:19, 1:23, 17:2, 17:12, 17:13
**must** [10] - 13:8, 13:11, 13:14, 13:15, 13:16, 13:18, 13:25, 14:2, 14:5, 14:8

## N

**names** [1] - 14:18
**nature** [1] - 10:3
**NDIA** [1] - 17:13
**need** [6] - 10:1, 10:17, 10:22, 10:25, 11:21
**needs** [1] - 12:15
**never** [2] - 11:17, 13:3
**new** [2] - 4:10, 5:11
**next** [1] - 15:13
**none** [1] - 4:22
**NORTHERN** [1] - 1:1
**Northern** [1] - 15:11
**note** [1] - 13:20
**nothing** [4] - 7:8, 10:6, 16:1
**notice** [2] - 15:9, 15:12
**Number** [1] - 8:7

## O

**obvious** [1] - 8:9
**obviously** [2] - 9:5, 13:3
**October** [1] - 1:17
**OF** [2] - 1:1, 1:3
**offense** [3] - 3:12, 3:20, 6:23
**office** [1] - 13:9
**Office** [1] - 2:4
**Officer** [1] - 4:9
**one** [3] - 6:3, 9:4, 13:20
**open** [1] - 2:1
**opening** [1] - 9:22
**opinion** [4] - 3:7, 3:15, 5:15, 5:18
**opportunity** [1] - 4:14
**order** [4] - 9:25, 13:13, 14:16, 14:24
**Ordered** [1] - 1:21
**original** [1] - 6:17

## P

**p.m** [2] - 1:18, 16:8
**P.O** [1] - 1:12
**paperwork** [1] - 10:19
**Paragraph** [1] - 14:19
**participate** [4] - 12:16, 12:20, 14:2, 14:8
**particular** [1] - 2:24
**parties** [2] - 17:8, 17:9
**party** [1] - 14:20

**Patrice** [5] - 1:19, 1:23, 17:2, 17:12, 17:13
**pay** [3] - 10:8, 14:23, 14:24
**payable** [1] - 15:2
**paying** [1] - 11:7
**penalties** [1] - 6:24
**penalty** [3] - 3:2, 3:20, 4:3
**pending** [2] - 3:4, 10:6
**per** [1] - 14:25
**person** [2] - 13:8, 14:20
**personally** [1] - 2:14
**physician** [1] - 14:11
**place** [2] - 17:3, 17:6
**Plaintiff** [1] - 1:4
**point** [4] - 4:18, 5:7, 10:14, 16:4
**pointed** [1] - 6:17
**portion** [1] - 6:24
**position** [1] - 9:10
**possess** [3] - 13:15, 13:16, 13:21
**posture** [1] - 7:5
**power** [1] - 15:21
**prescribed** [1] - 14:10
**present** [1] - 2:14
**Presentence** [1] - 4:9
**presentence** [5] - 4:10, 5:11, 5:22, 7:4, 14:19
**preserve** [1] - 9:10
**preserved** [1] - 9:3
**previous** [1] - 8:21
**primary** [1] - 14:6
**print** [1] - 17:4
**prison** [2] - 3:21, 4:4
**Prisons** [3] - 12:6, 12:11, 13:8
**Prisons'** [1] - 12:17
**Prisons's** [2] - 12:13, 12:21
**Probation** [1] - 2:4
**probation** [3] - 3:23, 4:6, 13:9
**proceeding** [2] - 7:12, 9:13
**Proceedings** [1] - 16:8
**proceedings** [2] - 17:4, 17:6
**process** [2] - 5:25, 6:3
**Program** [2] - 12:18, 12:21
**program** [3] - 12:19, 14:3, 14:9
**prohibition** [1] - 13:22
**pronounce** [1] - 11:25
**property** [1] - 3:19
**protected** [2] - 3:13, 5:4
**prove** [1] - 10:24
**proximity** [1] - 12:13
**psychiatrist** [1] - 14:10
**purposes** [4] - 7:13, 8:1, 10:1, 15:20
**pursuant** [1] - 15:3
**put** [1] - 9:1

## Q

**quick** [1] - 4:18

## R

**raise** [1] - 7:10
**raised** [3] - 5:9, 8:5, 8:20
**Rapids** [5] - 1:10, 1:18, 1:24, 15:12, 17:14
**Rausch** [5] - 2:11, 5:10, 7:3, 8:17, 15:25
**RAUSCH** [14] - 1:12, 2:11, 5:13, 5:20, 5:23, 6:2, 7:8, 8:18, 8:25, 9:3, 9:17, 9:21, 12:3, 16:1
**read** [1] - 5:14
**Reade** [1] - 17:3
**READE** [1] - 1:16
**reading** [1] - 5:18
**real** [1] - 3:18
**realize** [1] - 9:1
**really** [4] - 4:24, 6:2, 6:15, 7:15
**reason** [2] - 8:9, 13:22
**reasonable** [2] - 14:14
**recent** [1] - 6:14
**recommend** [2] - 12:16, 12:20
**recommendations** [1] - 12:10
**record** [6] - 7:6, 8:2, 9:9, 10:22, 16:3, 17:6
**records** [1] - 4:13
**reduced** [1] - 17:4
**regarding** [1] - 9:7
**regards** [1] - 10:25
**reimposing** [1] - 6:16
**related** [2] - 7:22, 17:7
**relative** [1] - 17:8
**release** [11] - 3:22, 4:5, 12:24, 12:25, 13:4, 13:6, 13:7, 13:10, 13:11, 13:24, 13:25
**released** [1] - 13:10
**relevant** [1] - 7:5
**remand** [5] - 3:15, 4:11, 4:18, 7:20, 7:25
**remanded** [4] - 3:3, 6:7, 7:21, 15:4
**report** [6] - 4:10, 5:11, 5:22, 7:4, 13:8, 14:19
**reported** [2] - 1:19, 17:3
**reporter** [1] - 10:9
**Reporter** [2] - 1:20, 17:2
**represent** [1] - 15:17
**represented** [1] - 2:5
**request** [1] - 11:5
**requested** [1] - 6:15
**required** [1] - 5:3
**requirements** [1] - 11:21

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*Purchase requested copy of the transcript*
Case 1:11-cr-00046-LRR-MAR Document 221 Filed 12/02/14 Page 20 of 21

**RESENTENCING** [1] - 1:15
**resentencing** [4] - 2:14, 3:16, 4:19, 7:18
**Residential** [1] - 12:17
**resist** [1] - 8:3
**resistance** [1] - 8:7
**respect** [1] - 3:10
**respects** [1] - 3:10
**responsible** [2] - 2:18, 3:1
**rest** [3] - 3:23, 4:6, 13:23
**restitution** [1] - 14:24
**result** [1] - 2:15
**resulting** [1] - 6:18
**returns** [1] - 7:6
**reverse** [2] - 3:9, 5:16
**review** [1] - 4:15
**revision** [1] - 4:12
**RMR** [2] - 1:23, 17:13
**RPR** [2] - 1:23, 17:13

### S

**S.E** [4] - 1:10, 1:18, 1:24, 17:14
**sale** [1] - 14:7
**sample** [1] - 13:19
**Samuel** [2] - 2:3, 12:5
**SAMUEL** [1] - 1:6
**save** [1] - 9:17
**school** [2] - 3:19, 6:19
**Schumaker** [2] - 2:5, 4:9
**Scolaro** [1] - 2:19
**search** [2] - 14:12, 14:13
**second** [4] - 3:17, 4:1, 4:11, 14:5
**Section** [2] - 3:14, 15:3
**security** [1] - 12:14
**see** [2] - 3:14, 10:15
**sent** [2] - 3:5, 3:6
**sentence** [13] - 2:20, 3:21, 4:7, 4:16, 5:3, 5:16, 6:16, 6:21, 8:10, 12:1, 15:14, 16:5
**sentencing** [5] - 2:4, 3:15, 6:7, 6:17, 7:22
**separate** [1] - 11:4
**serious** [1] - 3:1
**serve** [1] - 13:3
**served** [2] - 12:9, 13:2
**services** [1] - 15:16
**set** [4] - 13:13, 14:15, 14:18, 17:10
**Seventh** [4] - 1:10, 1:17, 1:24, 17:14
**shall** [1] - 3:11
**Shorthand** [2] - 1:19, 17:2
**shorthand** [2] - 1:20, 17:4
**show** [3] - 10:22, 11:1, 11:22
**sic** [1] - 11:14
**sign** [1] - 11:15
**skills** [1] - 12:22
**sometimes** [2] - 6:9, 6:10

**source** [1] - 14:6
**special** [4] - 3:25, 4:8, 14:1, 14:25
**specializing** [1] - 12:21
**specific** [1] - 10:1
**specifics** [1] - 14:15
**stand** [1] - 9:7
**standard** [4] - 2:17, 2:23, 13:12, 14:12
**start** [1] - 6:4
**State** [1] - 17:2
**state** [2] - 2:6, 13:14
**statements** [2] - 3:8, 9:22
**STATES** [2] - 1:1, 1:3
**States** [14] - 1:11, 1:23, 2:3, 2:4, 2:8, 2:9, 2:22, 3:14, 8:3, 14:25, 15:3, 15:5, 15:10, 17:13
**statute** [2] - 3:2, 8:10
**statutory** [1] - 8:12
**still** [3] - 10:12, 11:8, 11:20
**Stokke** [1] - 11:13
**stressing** [1] - 11:20
**stricken** [1] - 6:24
**subject** [2] - 6:17, 14:12
**substance** [4] - 3:13, 12:18, 13:16, 14:3
**successfully** [1] - 14:2
**sufficient** [1] - 2:25
**superseding** [2] - 3:17, 4:1
**supervised** [9] - 3:21, 4:5, 12:25, 13:4, 13:5, 13:10, 13:11, 13:24, 13:25
**supervision** [3] - 13:12, 14:18, 17:5
**supposed** [1] - 11:17
**Supreme** [3] - 2:22, 3:2, 7:19
**suspicion** [1] - 14:14

### T

**table** [1] - 2:8
**task** [1] - 6:15
**taverns** [1] - 14:6
**taxpayer** [1] - 11:6
**telephone** [1] - 14:21
**term** [9] - 3:22, 4:5, 12:7, 12:25, 13:1, 13:3, 13:5, 14:17
**terms** [3] - 3:1, 12:8, 13:2
**testing** [1] - 14:3
**THE** [29] - 1:1, 1:1, 1:16, 2:2, 2:10, 2:13, 4:21, 5:10, 5:14, 5:21, 6:1, 6:9, 7:1, 7:3, 7:14, 8:8, 8:16, 8:22, 9:2, 9:12, 9:20, 10:5, 10:11, 11:3, 11:11, 11:24, 12:4, 15:24, 16:2
**third** [2] - 14:8, 14:20
**third-party** [1] - 14:20
**thousand** [2] - 3:13, 3:18
**three** [1] - 12:10
**today** [5] - 3:16, 5:2, 6:5,

7:10, 7:23
**total** [2] - 12:7, 15:1
**Training** [1] - 12:21
**transcribed** [3] - 9:23, 9:25, 10:7
**Transcript** [2] - 1:21, 1:21
**transcript** [1] - 17:5
**transcription** [1] - 17:5
**Treatment** [1] - 12:18
**treatment** [3] - 12:19, 14:3, 14:9
**trial** [1] - 10:13
**true** [1] - 17:5
**trying** [4] - 2:16, 9:17, 10:23, 11:1
**turn** [2] - 3:6, 7:21
**Tvedt** [7] - 2:7, 4:14, 5:14, 5:18, 6:12, 8:13, 15:18
**TVEDT** [9] - 1:10, 2:7, 4:17, 4:22, 6:13, 8:1, 8:15, 12:2, 15:19
**two** [2] - 3:19, 4:2
**typical** [2] - 5:25, 6:3

### U

**unclear** [1] - 11:14
**under** [8] - 3:2, 4:18, 5:4, 6:18, 6:19, 8:9, 16:6, 17:5
**unfair** [2] - 10:13
**Unit** [1] - 4:9
**UNITED** [2] - 1:1, 1:3
**United** [14] - 1:11, 1:23, 2:2, 2:4, 2:7, 2:9, 2:21, 3:14, 8:3, 14:25, 15:3, 15:5, 15:10, 17:13
**University** [1] - 1:12
**unless** [2] - 9:15, 9:25
**unlikely** [1] - 11:5
**up** [7] - 2:19, 3:22, 3:24, 4:5, 4:8, 10:4, 15:14
**US** [1] - 1:10
**USC** [1] - 5:4

### V

**vacate** [1] - 5:15
**vacated** [1] - 3:6
**variance** [2] - 8:4, 9:9
**varies** [1] - 6:11
**vary** [3] - 8:11, 8:23, 15:21
**versus** [2] - 2:3, 2:21
**victim's** [1] - 2:25
**victims** [1] - 14:18
**view** [2] - 4:10, 7:19
**violation** [2] - 15:23, 16:5
**Vocational** [1] - 12:21
**VS** [1] - 1:5

### W

**wants** [3] - 7:10, 9:21, 10:1
**Waterloo** [1] - 1:12
**weapon** [1] - 13:18
**WHEREOF** [1] - 17:10
**WITNESS** [1] - 17:10
**word** [1] - 6:22
**written** [2] - 15:9, 15:12

### Y

**years** [6] - 3:22, 4:4, 4:5, 12:25, 13:1

### Z

**zone** [1] - 6:19

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
Case 1:11-cr-00046-LRR-MAR Document 221 Filed 12/02/14 Page 21 of 21
*Purchase a complete copy of the transcript.*